UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGETTE FLEISCHER,<br><br>                          Petitioner,<br><br>                  v.<br><br>BARNARD COLLEGE; LOCAL 2110 OF THE UNITED AUTOMOBILE and AEROSPACE AND AGRIGULTURAL IMPLEMENT WORKERS OF AMERICA (UAW),<br><br>                          Respondents. | 19-CV-10738 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      On May 21, 2020, Respondent Barnard College filed a motion to dismiss Petitioner Georgette Fleischer's First Amended Complaint.  Dkt. 49.  On May 26, 2020, Petitioner filed a brief that the Court construes as a response in opposition to the motion.  Dkt 51.  Barnard has yet to file a reply.  No later than June 26, 2020, Barnard shall either file its reply, or file a letter stating that it does not intend to file a reply.  If Barnard informs the Court that it does not intend to file a reply, the Court will deem the motion fully briefed and take it under submission.

SO ORDERED.

Dated:   June 19, 2020
            New York, New York

                                                                     RONNIE ABRAMS
                                                      United States District Judge